1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MARVIN A. LEE,<br>      Plaintiff<br><br>      v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>      Defendant. | Case No. 2:17-cv-00564-GJS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: April 23, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE